IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOM GDOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3233 |
| | ) | |
| v. | ) | |
| | ) | |
| DAN LANT, GAYLENE LANT, | ) | ORDER |
| ROBERT R. STEINKE, Honorable | ) | |
| Judge, Platte County, | ) | |
| Columbus, Nebraska, and | ) | |
| SIEVERS, Honorable Judge, | ) | |
| Nebraska, Court of Appeals, | ) | |
| Lincoln, Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 14th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court