IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
TOM GDOWSKI,                    )
                                )
              Plaintiff,        )          4:10CV3233
                                )
         v.                     )
                                )
DAN LANT, GAYLENE LANT,         )              ORDER
ROBERT R. STEINKE, Honorable    )
Judge, Platte County,           )
Columbus, Nebraska, and         )
SIEVERS, Honorable Judge,       )
Nebraska, Court of Appeals,     )
Lincoln, Nebraska,              )
                                )
              Defendants.       )
_____)
```

        This matter is before the Court on plaintiff's motion

for reconsideration (Filing No. 11).  In his motion, plaintiff

asks the Court to reconsider its December 15, 2010, memorandum

opinion and order and judgment (Filing Nos. 9 and 10.)  The Court

has carefully reviewed the motion and finds no good cause to do

so.  Accordingly,

        IT IS ORDERED that the motion for reconsideration is

denied.

        DATED this 13th day of January, 2011.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court