IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
TOM GDOWSKI,                         )
                                     )
              Plaintiff,             )      4:10CV3233
                                     )
       v.                            )
                                     )
DAN LANT, GAYLENE LANT,              )      ORDER
ROBERT R. STEINKE, Honorable         )
Judge, Platte County,                )
Columbus, Nebraska, and              )
SIEVERS, Honorable Judge,            )
Nebraska, Court of Appeals,          )
Lincoln, Nebraska,                   )
                                     )
              Defendants.            )
_____)
```

This matter is before the Court on plaintiff's motion for reconsideration (Filing No. 13). In his motion, plaintiff asks the Court to reconsider its December 15, 2010, memorandum opinion and order and judgment (Filing Nos. 9 and 10). In his motion, he suggests to the Court it was a different state court opinion he was asking the Court to review. This Court's memorandum opinion of December 15, 2010, clearly points out that, pursuant to Rooker-Feldman doctrine, this Court is prohibited from exercising appellate review of state court judgments. Therefore, the plaintiff's motion for reconsideration will be denied. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is denied.

DATED this 7th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court