IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM GDOWSKI, ) | |
| ) | |
| Plaintiff, ) | 4:10CV3233 |
| ) | |
| v. ) | |
| ) | |
| DAN LANT, GAYLENE LANT, ) | ORDER |
| ROBERT R. STEINKE, Honorable ) | |
| Judge, Platte County, ) | |
| Columbus, Nebraska, and ) | |
| SIEVERS, Honorable Judge, ) | |
| Nebraska, Court of Appeals, ) | |
| Lincoln, Nebraska, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on plaintiff's motion for reconsideration (Filing No. 15). In his motion, plaintiff asks the Court to reconsider its December 15, 2010, Memorandum Opinion and Order and Judgment (Filing Nos. 9 and 10). This is plaintiff's third request for the Court to reconsider its judgment and review a state court decision. (*See* Filing Nos. 11, 13 and 15.) As the Court previously informed plaintiff, and as the Court's prior ruling clearly points out, this Court is prohibited from exercising appellate review of state court judgments. Therefore, plaintiff's motion for reconsideration will be denied.

```
        IT IS ORDERED that plaintiff's motion for

reconsideration is denied.

        DATED this 23rd day of February, 2011.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court
```

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.