IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM GDOWSKI, ) | |
| ) | |
| Plaintiff, ) | 4:10CV3233 |
| ) | |
| v. ) | |
| ) | |
| DAN LANT, GAYLENE LANT, ) | ORDER |
| ROBERT R. STEINKE, Honorable ) | |
| Judge, Platte County, ) | |
| Columbus, Nebraska, and ) | |
| SIEVERS, Honorable Judge, ) | |
| Nebraska, Court of Appeals, ) | |
| Lincoln, Nebraska, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on plaintiff's motion for reconsideration (Filing No. 23). In his motion, plaintiff asks the Court to reconsider its April 25, 2011, Memorandum and Order. (*Id*.; *see also* Filing No. 20.) The Court has carefully reviewed plaintiff's motion and finds no good cause to reconsider its April 25, 2011, Memorandum and Order. However, the Court notes that plaintiff may renew his in forma pauperis motion with the Eighth Circuit by May 25, 2011 (Filing No. 22).

IT IS ORDERED that plaintiff's motion for reconsideration is denied.

DATED this 18th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.